UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA


FILED
OCT 10 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,      )
                    Plaintiff, )   No. 06CR0232-H Criminal
                               )
            vs                 )   WAIVER OF TRIAL BY JURY
                               )
     JAVIER GOMEZ              )
                               )
                    Defendant. )

    The undersigned defendant hereby waives the right to a trial by a jury and requests the Court to try all charges against him in this case without a jury.

    ~~The undersigned defendant further waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.~~

OCTOBER 10, 2006           X _____
                                      Defendant

    The undersigned attorney represents that prior to the signing of the foregoing waiver, the defendant above named was fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, and the right to request special findings in a case tried without a jury; and further represents that, in his opinion, the above waiver by the defendant of trial by jury and special findings is voluntarily and understandingly made, and recommends to the Court that the waiver be approved.

OCTOBER 10, 2006           Karen M. Stevens
                           _____
                           Attorney for Defendant

    The United States Attorney hereby consents that the case be tried without a jury, a~~nd waives the right to request any special findings of fact as provided by Rule 23(c) of the Federal Rules of Criminal Procedure.~~

OCTOBER 10, 2006           United States Attorney
                           By _____
                              Assistant U. S. Attorney

APPROVED October 10, 2006   _____
                            United States District Judge

mc442
Crim-6 (4-82)
COPIES TO AUSA & Δ ATTY DM 10/10/06