1  **KAREN STEVENS**
   Attorney at Law
2  California Bar No. 110009
   105 W. "F" Street
3  San Diego, California 92101
   Telephone No. (619) 239-8553
4  Facsimile No. (619) 239-0056

5  Attorney for Defendant:
   **JAVIER GOMEZ**

6

FILED

OCT 1 0 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ᵗᵐ                          DEPUTY

7

8                    UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA
                    ( HON. MARILYN J. HUFF)

10

11  UNITED STATES OF AMERICA,        )    CASE NO.  06CR0232-01-H
                                     )
12                                   )    **DEFENDANT'S EX PARTE REQUEST**
                Plaintiff,           )    **FOR ORDER SHORTENING TIME;**
13  vs.                              )    **ORDER THEREON**
                                     )
14  JAVIER GOMEZ,                    )
                                     )
15              Defendant.           )
    _____)

16

17

18          **COMES NOW DEFENDANT,** JAVIER GOMEZ, by and through his counsel,

19  Karen M. Stevens, and hereby requests this Court to permit counsel to file the attached Motions, **one**

20  **day** after the required filing date, for the following reasons:

21          1.  Counsel did not have all of the necessary information and case law required for this

22  motion until today's date, Tuesday, September 26, 2006.

23          2.. Counsel apologizes for any inconvenience to the Court, and to the government. Counsel

24  has no objection to a brief continuance of the motion hearing, if the one (1) day delay in filing will

25   cause the government undue hardship.

26  //

27

28          For the reasons stated above, counsel for defendant, JAVIER GOMEZ,

    respectfully requests this Court to Order the time for filing the attached Motion  be shortened by

1 | one (1) day, to permit filing on September 27, 2006, rather than September 26, 2006.

2

3 | Dated: 9/26/06                              Respectfully submitted,

4

5 | _Kara M. Stevens_

6 | KAREN M. STEVENS, ESQ.

7

8 | **ORDER**

9

10 | GOOD CAUSE APPEARING, it is hereby Ordered that defendant's Request for Order Shortening

11 | the Time for filing her Motion be shortened by one (1) day, to September 27, 2006.

12

13 | **IT IS SO ORDERED.**

14

15 | Date: 10/10/06                              _Marilyn L. Huff_

16 | HON. MARILYN J. HUFF
DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28